## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MALIBU MEDIA, LLC,

       Plaintiff,

v.                                                                         Civil Action No. 2:14-cv-03803-SD

JOHN DOE, subscriber assigned IP address
96.245.95.61,

       Defendant.

### PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP address 96.245.95.61. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: September____, 2014

                                                    Respectfully submitted,

                                                  By:    /s/ *Christopher P. Fiore*
                                                  Christopher P. Fiore
                                                  cfiore@fiorebarber.com
                                                  Attorneys At Law
                                                  418 Main Street, Suite 100
                                                  Harleysville, PA 19438
                                                  Phone:  215-256-0205
                                                  *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September____, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: __/s/ *Christopher P. Fiore*_____
      Christopher P. Fiore